IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MARK WISNOVSKY, et al., | ) | |
| | ) | Case No. 1:23-CV-00414-CL |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| JOANNE COUVRETTE, | ) | |
| Defendant. | ) | |

Judgment is entered in accordance with the Opinion and Order [31] granting Motion to Remand [9] and the Clerk is directed to remand this case to Jackson County Circuit Court.

DATED this 21st day of November, 2023.

/S/ Mark D. Clarke

MAGISTRATE JUDGE MARK D. CLARKE

Page 1 - JUDGMENT